UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN A. JOCHIMS,

    Defendant.

Case No. 21-CR- 207
[18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)]

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about May 28, 2020, in the State and Eastern District of Wisconsin and elsewhere,

**SEAN A. JOCHIMS**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included a digital video identified by the following partial file name:

| Partial File Name | Description |
|---|---|
| IMG_6047 | A digital video depicting a 6-9 year old, prepubescent girl on her hands and knees facing away from the camera with her anus and her vagina exposed. The video lasts approximately 5 seconds. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

2

## FORFEITURE NOTICE

1. Upon conviction of the above-listed offense in violation of Title 18, United States Code, Section 2252(a)(5)(B), as set forth in this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(2) and 2253(a)(3), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The properties subject to forfeiture include the following:

   a. FBI Evidence Item 1B-9: Western Digital 1TB Easystore external HD, serial number WX71A370Y7XH;

   b. FBI Evidence Item 1B-11: Dell P51F laptop, serial number 37B0RF2, containing: 1B-11_1: Toshiba 1TB HD, model MQ01ABD100, serial number X6RMT8AET; and

   c. FBI Evidence Item 1B-18: Samsung S10+ SM-G975U cell phone, IMEI 357332100637301.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 18, United States Code, Section 928(b)(1) and Title 21, United States Code, Section 853(p).

October 12, 2021
Date

_for_ RICHARD G. FROHLING
Acting United States Attorney

3