**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.                          Case No. 21-CR-207

SEAN A. JOCHIMS,
    *Defendant*.

## DEFENDANT'S NOTICE OF NON-APPEAL

On February 3, 2022, this Court held a sentencing hearing and imposed sentence in the matter of *United States v. Sean A. Jochims*, Case No. 21-CR-207.

After speaking with his attorney, Attorney Anthony D. Cotton, Mr. Jochims will not appeal this Court's sentence imposed on him.

Sean A. Jochims

Dated: 2/3/22

Anthony D. Cotton
State Bar No. 1055106

Dated: 2/3/22